# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00091-IM |
| v. | INDICTMENT |
| JOSHUA RAY WALTER, | 21 U.S.C. § 841(a)(1), |
| Defendant. | (b)(1)(C) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession with Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1), (b)(1)(C))

On or about September 27, 2022, in the District of Oregon, defendant **JOSHUA RAY WALTER**, did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Count One in this indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the

**Indictment** **Page 1**
Revised April 2018

aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any offense set forth in Count One of this Indictment.

Dated: March 21, 2023

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
PAMELA PAASO, TXSB# 24060371
Assistant United States Attorney